UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE                                                    09-22096

BRIAN RICHIE
TRACY RICHIE                                             CHAPTER 13
DEBTORS                                                  JUDGE WISE

### ORDER GRANTING MOTION TO MODIFY PLAN & CONFIRM PLAN FILED DECEMBER 13, 2010

Upon Motion of the Debtor, with proper notice and opportunity to be heard having been afforded all parties so interested, and there having been no responsive pleadings filed in opposition, and the Court being in all other ways sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

The Chapter 13 Plan of the above named debtor, originally Confirmed, is hereby amended. The new Amended Plan filed of record DECEMBER 13, 2010 is hereby accepted and the Motion to Modify GRANTED BY THE COURT,

1.

A Pursuant to Local Rule 9022-1(c) Michael E. Plummer shall cause a copy of this Order to be served upon each of the parties so designated to receive this Order pursuant to Local Rule 9022-1)a) and shall file a Certificate of Service of this Order upon such parties within 14 days thereof

Copies
Debtor:       -           4780 Highway 177 East, Butler, KY 41006

Att/debtor:              Michael Plummer, 11 West 6th Covington, Ky 41011

Cp. 13 Trustee: Hon. Beverly Burden, PO Box 2204, Lexington, Ky 40588-2204

U.S Trustee:             200 Merrill Lynch, 100 East Vine Street, 8th Floor, Lexington, KY 40507

creditor:                On original matrix filed of record

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, January 07, 2011**
**(jms)**